IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

v.                                        Docket 2:21-CR-01896-KG

**DANIEL LUEVANO, JR.**

**O R D E R**

On this day came on to be considered the Motion Substitution of Counsel of Defendant DANIEL LUEVANO, JR.

The Court finds that DANIEL LUEVANO, JR. approves the substitution and that the substitution is not sought for delay.

It Is Ordered that RUSSELL ABOUD and JOHN GRANBERG is substituted as attorney of record for DANIEL LUEVANO, JR. and assigned appointed attorney PETER EDWARDS, is discharged as attorney of record in this case.

UNITED STATES DISTRICT JUDGE